FILED
MAR 0 1 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | 3:23 CR 113 |
| v. ) | CASE NO. JUDGE KNEPP |
| RISHAD WILLIAMS AKA RASHAD ) WILLIAMS, ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) |
| Defendant. ) | |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about January 10, 2023, in the Northern District of Ohio, Western Division, Defendant RISHAD WILLIAMS AKA RASHAD WILLIAMS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Felonious Assault, on or about October 29, 2015, in Case Number CR0201502150, Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, Model 23, .40 caliber pistol, bearing serial number BVLD758, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

ORIGINAL