IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
OCT 04 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>SUPERSEDING</u> |
| | ) | <u>INDICTMENT</u> |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:23CR113 |
| | ) | Title 18, United States Code, |
| RISHAD WILLIAMS, aka RASHAD WILLIAMS, | ) | Section 922(g)(1) and 924(a)(8) |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about January 10, 2023, in the Northern District of Ohio, Western Division, Defendant RISHAD WILLIAMS, aka RASHAD WILLIAMS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Felonious Assault, on or about October 29, 2015, in Case Number CR0201502150, Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, Model 23, .40 caliber pistol, bearing serial number BVLD758, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 2
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

2. On or about March 2, 2023, in the Northern District of Ohio, Western Division, Defendant RISHAD WILLIAMS, aka RASHAD WILLIAMS, knowing he had previously been

ORIGINAL

convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Felonious Assault, on or about October 29, 2015, in Case Number CR0201502150, Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: BFI Windham 223/556 rifle, bearing serial number BL05973, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

3. The allegations of Count 1 and Count 2 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant RISHAD WILLIAMS, aka RASHAD WILLIAMS, shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.